Michael J. Clem, CPA
Daryl W. Dassel, CPA
Richard K. Maier, CPA
Gregory A. Marshall, CPA

Susan W. Smith, CPA



# Clem, Dassel & Co.
ACCOUNTANCY CORPORATION

P.O. Box 459
Poseyville, Indiana 47633

No 32276

Telephone (812) 874-3627
(812) 985-5619
(812) 422-9583
Fax (812) 874-3628
E-Mail: cdandco@clemdassel.com
Web Site: www.clemdassel.com

STACY WISSEL, TRUSTEE

PO BOX 68

DECKER IN 47524

Client # _____ 3273 _____

FOR PROFESSIONAL SERVICES RENDERED

RE: Road Link, Inc.
Case #08-71098-BHL-7A

Date: March 9, 2009

Preparation of the Forms W-2 and 1099 for the calendar year 2008 for Road Link, Inc. This included reconciliation of the quarterly reports to the year end W-2's from the QuickBooks program to make sure everything was properly reported on the W-2's concerning the various incomes and deductions for the corporation. This also included printing out the Form W-2's and assembling . . . . . . . . . . $840.00

Direct cost involved in mailing out 77 W-2's and 5 1099's. This included postage and envelopes necessary to mail to all employees . . 82.00

$922.00

THANK YOU!

Terms: Payment due upon receipt of invoice. Invoices unpaid thirty (30) days after invoice date are past due and are subject to a finance charge of 1 ½ % per month which is an annual rate of 18%. There is a minimum finance charge of .75¢.