# RINEY HANCOCK CPAs PSC

**Certified Public Accountants & Financial Advisors**

2900 Veach Road, Suite 2 - Owensboro, KY 42303
313 S. E. First Street - Evansville, IN 47713
(270) 926-4540          (812) 423-0300

Stacy Wissel
P.O. Box 68
Decker, IN  47524-0068

Invoice No.    27759
Date           03/05/2012
Client No.     73491

Services Rendered:

Re: Road Link, Inc.
No: 08-71098-BHL-7

Preparation of federal and Indiana income tax returns for the period ended
December 31, 2008                                                                $    6,339.10

A LATE PAYMENT CHARGE OF 1.5% PER MONTH IS ADDED ON BALANCES OVER 30 DAYS PAST DUE