# RINEY HANCOCK CPAs PSC
## Certified Public Accountants & Financial Advisors

2900 Veach Road, Suite 2 - Owensboro, KY 42303
313 S. E. First Street - Evansville, IN 47713
(270) 926-4540          (812) 423-0300

Stacy Wissel
P.O. Box 68
Decker, IN 47524-0068

Invoice No.   28898
Date          08/02/2012
Client No.    73491

Services Rendered:

Re: Road Link, Inc.
No: 08-71098-BHL-7A

| | |
|---|---:|
| Preparation of federal and Indiana income tax returns for the period ended December 31, 2009 | $ 1,200.00 |
| Preparation of federal and Indiana income tax returns for the period ended December 31, 2010 | 650.00 |
| | $ 1,850.00 |

A LATE PAYMENT CHARGE OF 1.5% PER MONTH IS ADDED ON BALANCES OVER 30 DAYS PAST DUE