UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| IN RE:<br>ROAD LINK, INC.<br><br><br><br>Debtor(s) | CASE NO. 08-71098 -BHL-7 |
|---|---|

TRUSTEE'S NOTICE OF  UNCLAIMED DIVIDENDS

Pursuant to Fed. R. Bankr. P. 3011, Stacy Wissel, Trustee herein, submits the

following notice of unclaimed dividends to the Court,

| Payee(s) | Last Known Address(es) | Amount(s) |
|---|---|---|
| Blue Ribbon Transport | PO Box 26500<br>Indianapolis IN 46226 | $ 409.21 |
| Transportation Cabinet | PO Box 2004<br>Frankfort KY 40602-2004 | $2236.72 |
| Universal Freight | 7013 Evans Drive<br>Franklin WI 53132 | $   76.16 |
| Fifth Third Bank | 1830 E Paris SE<br>Grand Rapids MI 49546 | $ 995.85 |
| | | Total  $ 3717.94 |

DATE:  Sunday, March 13, 2016

/s/ Stacy Wissel
Stacy Wissel, Trustee
PO Box 68
Decker, IN 47524-0068
812-886-6452
swissel@sbcglobal.net

Certificate of Service

I do hereby certify that on Sunday, March 13, 2016,  a copy of the foregoing **Trustee's Notice of Unclaimed Dividends**  was filed electronically.  Notice of this filing will be sent to the following parties through the  Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

Stephen LaPlante - rallen@keatingandlaplante.com
U.S.Trustee - ustpregion10.in.ecf@usdoj.gov
Stacy M. Wissel - tr_wissel_ecf@sbcglobal.net,  IN57@ecfcbis.com

I further certify that on Sunday, March 13, 2016, a copy of the foregoing **Trustee's Notice of Unclaimed Dividends** was mailed by first -class United States Mail, postage prepaid, and properly addressed to the following:

Blue Ribbon Transport
PO Box 26500
Indianapolis IN 46226

Transportation Cabinet
PO Box 2004
Frankfort KY 40602-2004

Universal Freight
7013 Evans Drive
Franklin WI 53132

Fifth Third Bank
1830 E Paris SE
Grand Rapids MI 49546

BY:__/s/ Stacy Wissel _____
Stacy Wissel, Trustee
Post Office Box 68
Decker, IN 47524
812.886.6452
812.886.6522 (fax)
swissel@sbcglobal.net