UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| IN RE:<br>ROAD LINK, INC.<br><br>Debtor(s) | CASE NO. 08-71098 -BHL-7 |
|---|---|

TRUSTEE'S NOTICE OF UNCLAIMED DIVIDENDS

Pursuant to Fed. R. Bankr. P. 3011, Stacy Wissel, Trustee herein, submits the following notice of unclaimed dividends to the Court,

| Payee(s) | Last Known Address(es) | Amount(s) |
|---|---|---|
| Robert George & Assoc | PO Box 18<br>Vincennes IN 47591 | $ 3408.23 |
| Midwest Verison Wireless | POB 3397<br>Bloomington IL 61702 | $    10.65 |
| Holderfield Battery Co | POB 1095<br>Bowling Green KY 42102-1095 | $    45.73 |
|  |  Total | $ 3464.61 |

DATE:  Saturday, March 26, 2016

/s/ Stacy Wissel
Stacy Wissel, Trustee
PO Box 68
Decker, IN 47524-0068
812-886-6452
swissel@sbcglobal.net

Certificate of Service

I do hereby certify that on Saturday, March 26, 2016, a copy of the foregoing **Trustee's Notice of Unclaimed Dividends** was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

    Stephen LaPlante - rallen@keatingandlaplante.com
    U.S.Trustee - ustpregion10.in.ecf@usdoj.gov
    Stacy M. Wissel - tr_wissel_ecf@sbcglobal.net, IN57@ecfcbis.com

I further certify that on Saturday, March 26, 2016, a copy of the foregoing **Trustee's Notice of Unclaimed Dividends** was mailed by first -class United States Mail, postage prepaid, and properly addressed to the following:

    Robert George & Assoc
    PO Box 18
    Vincennes IN 47591

    Midwest Verison Wireless
    POB 3397
    Bloomington IL 61702

    Holderfield Battery Co
    POB 1095
    Bowling Green KY 42102-1095

    BY:__/s/ Stacy Wissel _____
    Stacy Wissel, Trustee
    Post Office Box 68
    Decker, IN 47524
    812.886.6452
    812.886.6522 (fax)
    swissel@sbcglobal.net