SO ORDERED: April 12, 2016.



**Basil H. Lorch III**
**United States Bankruptcy Judge**

United States Bankruptcy Court
Southern District of Indiana

IN RE:                                )
                                      )
Road Link, Inc.                       )    CASE NO.   08-71098-BHL-7A
                                      )
DEBTOR(S)                             )

ORDER FOR PAYMENT OF UNCLAIMED FUNDS

Upon application and in accordance with the provisions of 28 USC Section 2042, it is ORDERED that, following review by the Clerk of the sufficiency of the Affidavit of Creditor Information, the Clerk of the U. S. Bankruptcy Court is directed to remit to Robert George & Associates, LLC, 2007 Greenview Dr., Vincennes, IN 47591, the sum of $3,408.23 now held as unclaimed funds in the Treasury for creditor Robert George & Associates.

###